UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEONDRAE LAMAR SPARKMAN,

        Petitioner,        Case No. 1:12-cv-1007

v.        Honorable Paul L. Maloney

KENNETH McKEE,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief is **DENIED**.

Dated:  August 26, 2016        /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge